# United States District Court

_____ DISTRICT OF ____CONNECTICUT____

UNITED STATES OF AMERICA
-v-

SHERAZ AHMED

**WARRANT FOR ARREST**

CASE NUMBER: 3:01cr137(JCH)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest : Sheraz Ahmed

and bring him forthwith to the nearest magistrate to answer a
_____ Indictment   _____ Information   _X_ Complaint   _____ Order of court   _____ Violation Notice   _____ Probation Violation Petition

charging him or her with

knowingly, passing, attempting to pass and possessing with intent to defraud counterfeit obligations of the United States

in violation of Title __18__ United States Code, Section(s) __472__

HOLLY B. FITZSIMMONS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

May 16, 2001, at Bridgeport, Connecticut
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Bridgeport, CT |
| DATE RECEIVED 5/23/01 | NAME AND TITLE OF ARRESTING OFFICER DUSM Tom Hammock | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/03/02 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

LAST KNOWN RESIDENCE:

LAST KNOW EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                                WEIGHT:

SEX: Male                                           RACE: White/Hispanic

HAIR:                                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER:
COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: